**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No.  15-cr-00023-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTONIO HERNANDEZ-CAMACHO,

    Defendant.

---

## ORDER

---

    PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Christine M. Arguello, United States District Judge, on November 4, 2015, it is hereby

    ORDERED that Defendant Antonio Hernandez-Camacho is sentenced to **TIME SERVED.**

    Dated: November 4, 2015

                                      BY THE COURT:

                                      _____
                                      CHRISTIME M. ARGUELLO
                                      United States District Judge